IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAKESHA NEWMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUMARK TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:20-cv-01348<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the Plaintiff's Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 16. Pursuant to this notice, this civil action is hereby **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED**.

August 23, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge